466 A.2d 704

Shechter, M.D., Appellant v. Mutual Life Insurance Co. of N.Y.

Reargument Denied July 18, 1983.

Petition for Allowance of Appeal Denied Oct. 12, 1983.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.
Order and judgment of non pros affirmed.